UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ARES BARRETO,

                          Plaintiff,

          v.                                                    9:24-CV-969
                                                                (FJS/ML)
N. RIZZO, Correctional Officer (R.C.C.F.)

                          Defendant.

---

APPEARANCES                              OF COUNSEL

ARES BARRETO
190 Hoosick Street
Troy, New York 12180
Plaintiff *pro se*

THE LAWS GROUP PLLC                      GREGG TYLER JOHNSON, ESQ.
646 Plank Road, Suite 205
Clifton Park, New York 12065
Attorneys for Defendant

SCULLIN, Senior Judge

## ORDER

In a Report and Recommendation filed April 27, 2026, Magistrate Judge Lovric recommended that Plaintiff's complaint be dismissed in its entirety, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on his failure to prosecute and comply with this Court's Orders and Local Rules of practice and that Defendant's motion to dismiss for failure to prosecute be granted. *See* Dkt. No. 36, Report and Recommendation, at 10.

Plaintiff did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v.*

*Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, \*10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'"  *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Lovric's April 27, 2026 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Lovric's April 27, 2026 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED with prejudice** for failure to prosecute and comply with this Court's Orders and the Local Rules of practice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and the Court further

**ORDERS** that Defendant's motion to dismiss Plaintiff's complaint for failure to prosecute, *see* Dkt. No. 31, is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: June 2, 2026
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge

- 2 -